

# THE THIRTEENTH COURT OF APPEALS

---

13-19-00029-CV

---

Freddie Lee Walker
v.
Kathryn Slowik, Hearing Officer, Texas Board of Pardons and Paroles; Jesus Santos,
Supervising Officer, Texas Board of Pardons and Paroles

On Appeal from the
73rd District Court of Bexar County, Texas
Trial Court Cause No. 2018CI19241

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

March 26, 2020